# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DELTA PEANUT, LLC**                                                    **PLAINTIFF**

**v.**                              **No. 3:24-cv-92-DPM**

**GREAT HOST INTERNATIONAL, INC.**                    **DEFENDANT**

## ORDER

Delta Peanut's motion to remand, *Doc. 15*, is granted.  One of its members is a Texan;  Great Host is too.  This Court, therefore, lacks subject matter jurisdiction.  *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1262–63 (8th Cir. 2023).

Motion, *Doc. 5*, denied as moot.  The Court declines to impose costs or fees.  *Convent Corp. v. City of North Little Rock*, 784 F.3d 479, 482–83 (8th Cir. 2015).

The case is remanded to the Circuit Court of Craighead County, Arkansas.  28 U.S.C. § 1447(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2024